Opinion issued May 7, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00152-CV

____________


THE CITY OF HOUSTON, Appellant


V.


SOUTHERN ELECTRICAL SERVICES, INC., AS ASSIGNEE OF
CADDELL CONSTRUCTION CO., INC., AND CADDELL
CONSTRUCTION CO., INC., Appellees






On Appeal from the 165th Judicial District Court

Harris County, Texas

Trial Court Cause No. 2005-41564






MEMORANDUM OPINION

 Appellant, the City of Houston, and appellees, Southern Electrical Services,
Inc., as Assignee of Caddell Construction Co., Inc., and Caddell Construction Co.,
Inc., have filed an agreed motion in which the parties ask this Court to remand the
case to the trial court without regard to the merits so that the parties may effectuate
the terms of their settlement agreement. See Tex. R. App. P. 42.1(a)(2). We grant the
motion, set aside the trial court's judgment without regard to the merits, and remand
the case to the trial court for rendition of judgment in accordance with the parties'
agreement. Pursuant to the parties' agreed motion, all costs of this appeal will be
taxed to the party incurring the same.

 It is so ORDERED.



 Terry Jennings 


 Justice



Panel consists of Justices Taft, Jennings, and Bland.